

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00068-CV
_____

IN RE KELLY SHALENE PHILLIPS

Original Habeas Proceeding

Before Morriss, C.J., Stevens and van Cleef, JJ.

## ORDER OF RELEASE

To:     Gregg County Sheriff Maxey Cerliano

Pending review by this Court of Relator Kelly Shalene Phillips's petition for a writ of habeas corpus, we hereby order Gregg County Sheriff Maxey Cerliano to release Phillips on personal recognizance, without surety.  *See* TEX. GOV'T CODE ANN. § 22.221(d) (Supp.). Phillips is to be released from jail immediately upon receipt of this order.

IT IS SO ORDERED.

BY THE COURT

Date:  September 21, 2022